# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ, | Case No.: 1:19-CV-00596-JLT |
| Plaintiff, | ORDER REFERRING THE MATTER TO VDRP |
| v. | |
| RAMIRO NUNEZ, et al., | |
| Defendants. | |

On July 8, 2019, all parties stipulated to "referral of this action to the Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271." (Doc. 12 at 8.) Therefore, the Court **ORDERS**:

1. The Scheduling Conference set for July 17, 2019 is **VACATED**;
2. The matter is referred to the Voluntary Dispute Resolution Program; and
3. All deadlines and hearing dates are **VACATED**, and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated: **July 12, 2019**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE