UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMIRO NUNEZ; VERONICA NUNEZ; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 1:19-CV-00596-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT (Doc. 22)** |

　　　The plaintiff reports he has settled the matter and indicates the parties will seek dismissal of the action soon. (Doc. 22) Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than September 25, 2020**;

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　　Dated:　**July 22, 2020**　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE