UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMIRO NUNEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00596 JLT<br><br>ORDER DISMISSING THE ACTION<br>(Doc. 26) |

　　　The parties have stipulated that the action be dismissed with prejudice and with the parties bearing their own fees and costs (Doc. 26) Thus, the Court **ORDERS**:

　　　1.　　The action is **DISMISSED WITH PREJUDICE** with each side to bear their own fees and costs.

IT IS SO ORDERED.

　　Dated:　**September 4, 2020**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE